IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| BellSouth Carolinas PCS v. Henderson Cty. Zoning Bd. of Adjust.<br><br>Case Below:<br>174 N.C. App. 574 | No. 706P05 | Def-Appellant's (Henderson Co.) PDR Under N.C.G.S. § 7A-31 (COA05-31) | Denied<br>01/26/06 |
| Billings v. Rosenstein<br><br>Case Below:<br>174 N.C. App. 191 | No. 648P05 | Def's (Mascenik) PDR Under N.C.G.S. § 7A-31 (COA04-1647) | Denied<br>(04/06/06)<br><br>**Newby, J.,<br>Recused** |
| Blake v. Parkdale Mills<br><br>Case Below:<br>175 N.C. App. 419 | No. 114P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-75) | Denied<br>(04/06/06) |
| Boice-Willis Clinic, P.A. v. Seaman<br><br>Case Below:<br>175 N.C. App. 246 | No. 002P06 | 1.  Def's Motion for Temporary Stay (COA05-298)<br><br><br><br><br><br><br>2.  Def's Petition for Writ of Supersedeas<br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed pending Determination of defendant's PDR<br>**01/09/06**<br>360 N.C. 288<br>Stay Dissolved<br>**04/06/06**<br><br>2. Denied (04/06/06)<br><br>3. Denied (04/06/06) |
| Campbell v. Bowman<br><br>Case Below:<br>174 N.C. App. 625 | No. 714P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-16) | Denied<br>(04/06/06)<br><br>**Timmons-Goodson, J.,<br>Recused** |
| CDC Pineville, LLC v. UDRT of N.C.<br><br>Case Below:<br>174 N.C. App. 644 | No. 001P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1505) | Denied<br>(04/06/06) |